UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR06-318-SVW | Date | January 11, 2008 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul M. Cruz | N/A | Beong-Soo Kim (not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Keith Gilabert | Not | X | | Roger Rosen | Not | | X |

**Proceedings:**   IN CHAMBERS ORDER re Defendant's Third Motion to Reconsider Order o Detention [39] (fld 12/20/07)

The Court DENIES the motion listed above for the reasons set forth in the government's opposition.

|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | | PMC |

cc:  USPO
    USM
    PSLA